**UNITED STATES DISTRICT COURT**
District of Oregon
740 United States Courthouse
1000 SW. Third Avenue
Portland, Oregon 97204-2902
Office: (503) 326-8008, Facsimile: (503) 326-8010

**Donald M. Cinnamond**
Clerk

| | |
|---|---|
| **Sheryl McConnell**<br>Chief Deputy Clerk | **Deirdre Neal**<br>Interim Deputy Division Manager |

June 19, 2006

Mr. Steven T. Wax, Esq.
Federal Public Defender
851 SW Sixth Avenue #1375
Portland, OR  97204

Dear Mr. Wax:

      **Subject:**    **Jose Luis Vega Gonzalez v. State of Oregon CV 06-720 AS**

      Enclosed, please find a copy of the above case.  This case is being referred to you pursuant to the order of the court signed 6/7/06.

      Please complete the section below showing the date of receipt and return a copy to our office.

      If we can answer any questions, please contact our office.

                                                 Sincerely,

                                                 /s/Colleen Brost
                                                 Colleen Brost, Deputy Clerk

Enclosures

cc:    File

**PLEASE ACKNOWLEDGE RECEIPT OF THESE DOCUMENTS**
**(for Federal Public Defender's use)**

      Please note the date the above petition and order were received on the copy of this letter and return to the Clerk's Office.

**Date Received:** _____  **By:** _____

("clkltr." - no ddl)