# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 1, 2010

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR - 3 2010

FILED _____
DOCKETED _____
DATE    INITIAL

Re:   Liysa Northon
      v. Ann Rule, et al.
      No. 09-9326
      (Your No. 07-35319)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 26, 2010 and placed on the docket March 1, 2010 as No. 09-9326.

Sincerely,

William K. Suter, Clerk

by

Ruth Jones
Case Analyst