UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 09 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LIYSA NORTHON; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ANN RULE, an individual; et al.,<br><br>        Defendants - Appellees. | No. 07-35319<br><br>D.C. No. CV-06-00851-MO<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered January 18, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

 

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk